# Order

Michigan Supreme Court
Lansing, Michigan

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

145790

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NOLAN RAY GEORGE,
      Defendant-Appellant.

SC: 145790
COA: 304299
Oakland CC: 2010-234495-FC

_____/

      On order of the Court, the application for leave to appeal the July 17, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      VIVIANO, J., not participating.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013                                     Clerk

t0225